UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: United States v. Robertson
No. 23-cr-231

DATE: November 22, 2023

\* \* \*

The Court is in receipt of Richard C. Robertson's Memorandum in Support of His Appeal (ECF No. 6) from a magistrate judge decision denying his motion to dismiss his citation for possessing a firearm on federal property under 45 C.F.R. § 3.42(g). Robertson's appeal was docketed on July 10, 2023, and his Memorandum was filed on August 30, 2023.

Nearly three months have passed since that time, and no attorney for the Government has entered an appearance in this case. In an earlier motion, counsel for Robertson represented that he had contacted counsel for the Government about this case, Jason Medinger, Esquire (*see* ECF No. 4).

Accordingly, the Court **ORDERS** counsel for Richardson to serve on AUSA Medinger within the next ten (10) days or other suitable counsel for the Government (1) the Memorandum, (2) its exhibits, and (3) a copy of this Order. Counsel for Richardson **SHALL** file a notice in this case indicating how and when service was made.

Should the Government wish to oppose Richardson's appeal, counsel for the Government **SHALL** enter an appearance in this case within ten (10) days of receiving service and **SHALL** file an opposition brief within forty-five (45) days thereafter.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC: Court file